OPINION # O-7407          WAS NEVER ISSUED OR

WAS WITHDRAWN.